**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Las Vegas Chinese News Network Corporation,<br>Plaintiff,<br>v.<br>Sunshine Publishing, Inc., et al.,<br>Defendants. | Case No. 2:26-cv-01304-JCM-NJK<br>**Order**<br>[Docket No. 18] |

Pending before the Court is a motion to withdraw as Defendants' counsel. Docket No. 18.

Accordingly, the Court **GRANTS** the motion to withdraw. Docket No. 18. The Court **ORDERS** Defendant Sunshine Publishing, Inc. to retain counsel and have that counsel file a notice of appearance on the docket no later than September 2, 2026. The Court further **ORDERS** Defendant Helen Hsueh to either retain counsel and have that counsel file a notice of appearance on the docket, or submit a notice of intent to proceed *pro se*, no later than September 2, 2026, 2026. The Clerk's Office is **INSTRUCTED** to add Defendant Hsueh's email address, helenou88@yahoo.com, to the docket and to serve the order on her both via email and by mail at 3189 Darby Gardens Ct., Las Vegas, NV 89146.

IT IS SO ORDERED.

Dated: August 3, 2026

Nancy J. Koppe
United States Magistrate Judge