**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Las Vegas Chinese News Network Corporation,

Plaintiff(s),

v.

Sunshine Publishing, Inc., et al.,

Defendant(s).

Case No. 2:26-cv-01304-JCM-NJK

**Order**

[Docket No. 22]

Pending before is Defendants' motion to extend, Docket No. 21, along with a motion to expedite briefing and resolution of the motion to extend, Docket No. 22. As a threshold matter, it is unclear why the latter request was filed on an ex parte basis. The Clerk's Office is INSTRUCTED to remove the restrictions to viewing Docket No. 22 and the exhibits thereto. Given the circumstances, the motion to expedite is GRANTED in that any response to the motion to extend must be filed by October 19, 2026. No reply will be permitted absent further order allowing one.

IT IS SO ORDERED.

Dated: October 16, 2026

Nancy J. Koppe
United States Magistrate Judge